**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 21-1559**

---

JOHN DOE,

        Plaintiff - Appellant,

    v.

COMMUNITY COLLEGE OF BALTIMORE COUNTY; RICHARD LILLEY, Vice President of Enrollment and Student Services; SCOTT ECKHARDT, Director of Student Conduct and Title IX Coordinator; ERIC WASHINGTON, Student Conduct Administrator; SARAH MORALES, CCBC Philosophy Coordinator of Essex & Dundalk Campuses; PUBLIC SAFETY OFFICE,

        Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:19-cv-02575-GLR)

---

Submitted:  May 22, 2023                              Decided:  June 8, 2023

---

Before WYNN and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

John Doe, Appellant Pro Se.  Jordan F. Dunham, Clifford Bernard Geiger, KOLLMAN & SAUCIER, PA, Timonium, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Plaintiff filed a civil complaint alleging that Defendants engaged in disability discrimination and retaliation, in violation of § 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794. On appeal, he challenges the district court's orders dismissing his complaint for failure to state a claim, denying his motion to file under a pseudonym, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Doe v. Cmty. Coll. of Balt. Cnty.*, No. 1:19-cv-02575-GLR (D. Md. Aug. 25, 2020 & Apr. 15, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2